IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ETERNAL WORD TELEVISION )
NETWORK, INC. AND )
STATE OF ALABAMA, )
                                  )
   Plaintiffs,               )
                                  )
vs.                             )    Civil Action No. 13-0521-CG-C
                                  )
SYLVIA M. BURWELL, et al, )
                                  )
   Defendants.             )

**ORDER**

This matter is before the court on the joint motion for entry of judgment under Rule 54(b) for Counts I, II, V, and IX, and for a stay of litigation with respect to the remaining Counts (Doc. 63). Having considered the motion and the premises therefor, the court finds, pursuant to Rule 54(b), that there is no just reason for delay of final judgment on the claims under Counts I, II, V, and IX. The court therefore certifies that its order of partial summary judgment dated June 17, 2014, (Doc. 61), constitutes a final judgment as to Counts I, II, V, and IX. A separate final judgment as to those Counts will be entered on the docket.

The court further **ORDERS** that litigation of the remaining claims in this case, including all of the constitutional and Administrative Procedure Act claims, are hereby **STAYED** pending the appeal of the partial summary

judgment.

**DONE** and **ORDERED** this 18th day of June, 2014.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE