IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ETERNAL WORD TELEVISION NETWORK, INC., et al, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) )   Civil No. 13-0521-CG-C ) |
| SYLVIA M. BURWELL, Secretary of the United States Department of Health and Human Services, et al., | ) ) ) ) ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the Order granting the defendants' motion for summary judgment in part, it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Defendants, Sylvia M. Burwell, Secretary of the United States Department of Health and Human Services, Thomas Perez, Secretary of the United States Department of Labor, Jacob Lew, Secretary of the United States Department of the Treasury, and against Plaintiffs, Eternal Word Television and the State of Alabama.  It is, therefore, **ORDERED** that Counts I, II, V and IX of the Plaintiff's complaint are hereby **DISMISSED with prejudice**.  Costs are to be taxed against the plaintiffs.

  **DONE and ORDERED** this 18th day of June, 2014.

                              /s/  Callie V. S. Granade            
                              UNITED STATES DISTRICT JUDGE