IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ETERNAL WORD TELEVISION NETWORK, INC. AND STATE OF ALABAMA   )<br>)<br>)<br>)<br>  Plaintiffs,    )<br>)<br>vs.    )<br>)<br>SYLVIA M. BURWELL, et al,    )<br>)<br>  Defendants.    ) | Civil Action No. 13-0521-CG-C |

## ORDER

This matter is before the court on Plaintiffs' motion for preliminary injunction pending appeal (Doc. 64), Defendants' response in opposition (Doc. 70), and Plaintiffs' reply (Doc. 72).  Because this court has already found that Plaintiffs cannot prevail on the merits of the claims it is now appealing (See Doc. 61), they are not entitled to injunctive relief pending appeal.

**DONE** and **ORDERED** on this the 19th day of June, 2014.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE