## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 29, 2018

Charles R. Diard Jr.
U.S. District Court
155 ST JOSEPH ST
STE 123
MOBILE, AL 36602

Appeal Number: 14-12696-CC
Case Style: Eternal Word Television Networ v. U.S. Department of Health and, et al
District Court Docket No: 1:13-cv-00521-CG-C

The enclosed copy of this Court's order of remand is issued as the mandate of this Court. Counsel and parties are advised that with this order of remand this appeal is concluded. If further review is to be sought in the future a timely new notice of appeal must be filed.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Carol R. Lewis, CC/lt
Phone #: (404) 335-6179

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 14-12696-CC

ETERNAL WORD TELEVISION NETWORK, INC.,

                                                Plaintiff-Appellant,

STATE OF ALABAMA,

                                                Plaintiff,

versus

SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,
U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,
SECRETARY OF THE U.S. DEPARTMENT OF LABOR,
U.S. DEPARTMENT OF LABOR,
SECRETARY OF THE U.S. DEPARTMENT OF THE TREASURY,
U.S. DEPARTMENT OF THE TREASURY,

                                                Defendants-Appellees.

Appeal from the United States District Court
for the Southern District of Alabama

Before: TJOFLAT, JILL PRYOR, and ANDERSON, Circuit Judges.

BY THE COURT:

    Appellant's unopposed motion to remand and vacate is GRANTED. The stay imposed on August 10, 2016, is lifted. The district court's order granting partial summary judgment in favor of the defendants is VACATED. This matter is REMANDED.

    The Clerk's Office is directed to close the file on this appeal.