## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| ETERNAL WORD TELEVISION NETWORK, INC., AND STATE OF ALABAMA, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 13-0521-CG-C |
| | ) | |
| SYLVIA M. BURWELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on the Eleventh Circuit Court of Appeal's Mandate (Doc. 77), granting the Appellant's unopposed motion to remand, vacating this Court's order granting partial summary judgment in favor of defendants, and remanding for further consideration.

The parties are **ORDERED** to file a written report on the status of this action **no later than January 9, 2019**.

**DONE and ORDERED** this 6th day of December, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE